## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.  17-21774-CIV-ALTONAGA/Goodman

**FLORENCIO ALVARENGA BARAHONA**,

 Plaintiff,

v.

**OZZY'S CLEANING SERVICES, LLC**, *et al.*,

 Defendants.

_____/

### ORDER REQUIRING SCHEDULING REPORT
### AND CERTIFICATES OF INTERESTED PARTIES[1]

 The parties are directed to prepare and file a joint scheduling report, as required by Local Rule 16.1, by **June 19, 2017**.  In addition, by **June 19, 2017**, the parties, including governmental parties, must file certificates of interested parties and corporate disclosure statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party.  Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the certificates.

 **DONE AND ORDERED** in Chambers at Miami, Florida this 19th day of May, 2017.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record

---

[1]  The parties must not include Judge Altonaga and U.S. Magistrate Judge Goodman as interested parties unless they have an interest in the litigation.