UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-21774-CIV-ALTONAGA/Goodman

**FLORENCIO ALVARENGA BARAHONA**,

    Plaintiff,
v.

**OZZY'S CLEANING SERVICES, LLC**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court upon the parties' Joint Notice Regarding Parties' Settlement Agreement [ECF No. 41]. The parties stipulate they have reached a global settlement and no compromise was involved in the settlement of Plaintiff's Fair Labor Standards Act claim. Accordingly, no judicial review of the settlement agreement is required. *See Mackenzie v. Kindred Hosp. E., L.L.C.,* 276 F. Supp. 2d 1211, 1217 (M.D. Fla. 2003); *see also Ramirez v. H&R Block Tax & Business Services, Inc.,* Case No. 10-cv-60288-CMA, Order [ECF No. 47] (S.D. Fla. Oct. 18, 2010). Being fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1. This case is **DISMISSED with prejudice**.

2. The Court retains jurisdiction to enforce the terms of the Settlement Agreement.

3. All pending motions are **DENIED as moot**. The Clerk is ordered to **CLOSE** this case.

CASE NO. 17-21774-CIV-ALTONAGA/Goodman

**DONE AND ORDERED** in Miami, Florida, this 3rd day of August, 2017.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record